IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE
MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ERNEST L. BURNETT,

    Appellant,

v.

DANIELLE BURNETT N/K/A
DANIELLE FALKNER AND
ERNIE'S TOOL AND SPECIALTY CO.,

    Appellees.
_____/

Case No.  5D22-1135
LT Case No. 2016-DR-855

Decision filed June 20, 2023

Nonfinal Appeal from the Circuit Court
for St. Johns County,
Joan Anthony, Judge.

William S. Graessle, of William S. Graessle,
PA, Jacksonville, for Appellant.

Clyde M. Taylor, III, of Taylor & Waldrop,
St. Augustine, for Appellee, Danielle
Burnett n/k/a Danielle Falkner.

No Appearance for Remaining Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.